# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                            CASE NO:  8:98-cr-397-T-30TBM

EDGAR CLARK
_____/

# ORDER

The United States Sentencing Commission has promulgated Amendment 706 lowering the base offense level for cocaine base (crack cocaine) offenses in many cases for eligible defendants sentenced on or after November 1, 2007.  The Commission later decided this Amendment should be applied retroactively to defendants sentenced before November 1, 2007.  Defendant was sentenced prior to November 1, 2007.

The Court has undertaken a preliminary review of Defendant's case.  Based upon that review, the Court finds that Defendant is not eligible for a reduction of his base offense level. Defendant pled guilty to Count Four and Count Six of a superseding indictment alleging (1) Count Four - Possession with Intent to Distribute Fifty (50) Grams or More of Cocaine Base in violation of 21 U.S.C. § 841(a)(1) and 841 (b)(1)(A) and (2) Count Six - Possession of Ammunition by a Convicted Felon in violation of 18 U.S.C. § 922(g)(1).  Defendant was sentenced to a term of imprisonment of two hundred and sixty-two (262) months.  The crack cocaine amendment is applicable to this Defendant, but because the guideline sentence was determined by the career offender guideline, and not a particular drug quantity, the

amendment does not have the effect of lowering the applicable guideline sentence. Therefore, a reduction in the Defendant's term of imprisonment is not authorized under 18 U.S.C. § 3582(c) and is not consistent with USSG §1B1.20.

IT IS therefore ORDERED and ADJUDGED that the Defendant is not eligible for a sentencing reduction under 18 U.S.C. § 3582(c) and Amendment 706.

**DONE** and **ORDERED** in Tampa, Florida on May 7, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Defendant
U.S. Probation
Bureau of Prisons

-2-